1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ORRIN TYLER COLBOURN,                  No.  2:23-cv-02918-EFB (PC)

12             Plaintiff,

13        v.                                ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14   B. DRAPER, et al.,

15             Defendants.

16
          Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This
17
     proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).
18
          On May 7, 2024, the court screened plaintiff's first amended complaint pursuant to 28
19
     U.S.C. § 1915A.  ECF No. 6.  The court dismissed the complaint for failure to state a claim and
20
     granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies.  *Id.*
21
     The screening order warned plaintiff that failure to comply could result in a recommendation that
22
     this action be dismissed.
23
          The time for acting has now passed and plaintiff has not filed an amended complaint or
24
     otherwise responded to the court's order.  Thus, it appears that plaintiff is unable or unwilling to
25
     cure the defects in the complaint.
26
          Accordingly, it is ORDERED that the Clerk of Court randomly assign a district judge to
27
     this action.  It is further RECOMMENDED that this action be DISMISSED without prejudice for
28
                                          1

1  failure to state a claim.

2       These findings and recommendations are submitted to the United States District Judge

3  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4  after being served with these findings and recommendations, any party may file written

5  objections with the court and serve a copy on all parties.  Such a document should be captioned

6  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

7  objections shall be served and filed within fourteen days after service of the objections.  The

8  parties are advised that failure to file objections within the specified time may waive the right to

9  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

10  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11

12  Dated: October 30, 2024

13  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28